THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA BROWN, | |
|                          Plaintiff, | Case No. 2:16-cv-00696 |
|    v. | NOTICE OF SETTLEMENT |
| DIAMOND PARKING SERVICES, LLC, | |
|                          Defendant. | |

The parties to this litigation, Plaintiff Rhonda Brown and Defendant Diamond Parking Services, LLC, hereby advise the Court pursuant to Local Rule 11(b) that they have reached an agreement in principle to settle this matter.  They ask the Court to suspend the case schedule pending the finalization of the settlement.  They anticipate they will file a stipulation and order of dismissal within 30 days, but will advise the Court within that timeframe if there are issues preventing that from occurring.

DATED:  September 16, 2016

| WASHINGTON CIVIL AND DISABILITY ADVOCATE | LANE POWELL PC |
|---|---|
| By *s/ Conrad Reynoldson*<br>Conrad Reynoldson, WSBA No. 48187<br>4421 51st Avenue NE<br>Seattle, WA 98105-4932<br>(206) 855-3134<br>Attorney for Plaintiff Rhonda Brown | By *s/ D. Michael Reilly*<br>D. Michael Reilly, WSBA No. 14674<br>reillym@lanepowell.com<br>Charles P. Rullman, WSBA No. 42733<br>rullmanc@lanepowell.com<br>Attorneys for Defendant Diamond Parking Services, LLC |

NOTICE OF SETTLEMENT - 1
Case No. 2:16-cv-00696

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

119110.0116/6766892.1

1  CARNEY GILLESPIE ISITT PLLP

2

3  By *s/ Christopher Carney*
   Christopher Carney, WSBA No. 30325
4  315 5th Avenue S, Suite 860
   Seattle, WA 98104
5  (206) 445-0212
   Attorney for Plaintiff Rhonda Brown

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF SETTLEMENT - 2
Case No. 2:16-cv-00696

119110.0116/6766892.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

## CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 16th day of September, 2016, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Conrad A. Reynoldson, WSBA #48187
Washington Civil and Disability Advocate
4421 51st Avenue NE
Seattle, WA 98105-4932
(206) 855-3134
conrad.wacda@gmail.com

Christopher Carney, WSBA #30325
Carney Gillespie Isitt PLLP
315 5th Avenue S., Suite 360
Seattle WA 98104
(206) 445-0212
christopher.carney@cgilaw.com

Executed on the 16th day of September, 2016, at Seattle, Washington.

*s/ Shanynn Foster*
Shanynn Foster, Legal Assistant

NOTICE OF SETTLEMENT - 3
Case No. 2:16-cv-00696

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

119110.0116/6766892.1