THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA BROWN, | |
|         Plaintiff, | Case No. 2:16-cv-00696-TSZ |
|   v. | STIPULATED DISMISSAL WITH PREJUDICE |
| DIAMOND PARKING SERVICES, LLC, | |
|         Defendant. | |

## **STIPULATION**

Pursuant to an agreement having been reached by the above-named parties in this case, the undersigned parties, through their respective counsel of record, stipulate that the above-entitled matter may be dismissed with prejudice and without fees or costs to either party.

DATED: September 19, 2016

LANE POWELL PC

By  *s/ Charles P. Rullman*
    D. Michael Reilly, WSBA No. 14674
    reillym@lanepowell.com
    Charles P. Rullman, WSBA No. 42733
    rullmanc@lanepowell.com
Attorneys for Defendant Diamond Parking Services, LLC

STIPULATED DISMISSAL WITH PREJUDICE - 1
Case No. 2:16-cv-00696-TSZ

119110.0116/6767968.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

WASHINGTON CIVIL AND DISABILITY ADVOCATE

By   *s/ Conrad Reynoldson*
    Conrad Reynoldson, WSBA No. 48187
    4421 51st Avenue NE
    Seattle, WA 98105-4932
    (206) 855-3134
Attorney for Plaintiff Rhonda Brown

CARNEY GILLESPIE ISITT PLLP

By   *s/ Christopher Carney*
    Christopher Carney, WSBA No. 30325
    315 5th Avenue S, Suite 860
    Seattle, WA 98104
    (206) 445-0212
Attorney for Plaintiff Rhonda Brown

STIPULATED DISMISSAL WITH PREJUDICE - 2
Case No. 2:16-cv-00696-TSZ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

119110.0116/6767968.1

## **CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 19th day of September, 2016, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Conrad A. Reynoldson, WSBA #48187
Washington Civil and Disability Advocate
4421 51st Avenue NE
Seattle, WA 98105-4932
(206) 855-3134
conrad.wacda@gmail.com

Christopher Carney, WSBA #30325
Carney Gillespie Isitt PLLP
315 5th Avenue S., Suite 360
Seattle WA 98104
(206) 445-0212
christopher.carney@cgilaw.com

Executed on the 19th day of September, 2016, at Seattle, Washington.

*s/ Danna Hutchings*
Danna Hutchings, Legal Assistant

STIPULATED DISMISSAL WITH PREJUDICE - 3
Case No. 2:16-cv-00696-TSZ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

119110.0116/6767968.1